UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **HC&D, LLC** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 1:22-cv-10224-DPW |
| **v.** ) | |
| ) | |
| **PRECISION NDT &** ) | |
| **CONSULTING, LLC,** ) | |
| and ) | |
| **CASHMAN EQUIPMENT** ) | |
| **CORP.** ) | |
| ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

### DECLARATION OF SAMUEL P. BLATCHLEY

I, Samuel P. Blatchley, Esq., pursuant to 28 U.S.C. § 1746, state and declare as follows:

1. I am a partner with the law firm Eckland & Blando LLP. This declaration is made upon personal knowledge unless noted otherwise.

2. I am admitted to practice law in the Commonwealth of Massachusetts, the State of Maine, the State of New York, the State of Rhode Island, the United States District Court for the Districts of Massachusetts, Maine, Rhode Island, Vermont, Connecticut, Eastern District of New York, Western District of Michigan, Eastern District of Michigan, and the First Circuit Court of Appeals.

3. I represent Defendant HC&D, LLC ("HC&D") in this matter.

4. I make this Declaration in support of HC&D's Memorandum in Reply to Precision NDT Consulting, LLC's ("Precision") and Cashman Equipment Corp.'s ("Cashman") Oppositions to HC&D's Motion to Transfer.

5. After the Parties' Local Rule 7.1 conference prior to the filing of this motion, counsel for Precision and Cashman were provided with a copy of *Driscoll v. New Orleans Steamboat Company*, 633 F. 2d 1158 (5th Cir. 1981) by email on September 15, 2022.

6. Attached hereto as Exhibit A is a printout of a results for a search of "Cashman Equipment Corp." I conducted on October 14, 2022 on the Louisiana Secretary of State website, which lists Cashman's primary business establishment in Louisiana as an address in Covington, Louisiana.

7. Attached hereto as Exhibit B are a series of Complaints filed by Cashman in Louisiana federal court identifying Cashman as a resident of Louisiana.

8. HC&D filed its Motion to Transfer, and supporting Memorandum, by 1:09 p.m. EDT on September 21, 2022. A copy of the ECF records are attached as Exhibit C.

9. Cashman's Opposition to HC&D's Motion to Transfer was filed on October 5, 2022 at 10:56 p.m. EDT. A copy of the ECF record is attached as Exhibit D.

10. My firm's review of the dockets of the Western, Middle, and Eastern District of Louisiana reveal that Cashman has a lengthy history of litigation in the United States Courts for the Districts of Louisiana (by our count, appearing in matters in forty-seven (47) separate cases since 2002), often represented by the same Louisiana counsel representing Cashman herein.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 14, 2022, in the City of Boston, County of Suffolk, and Commonwealth of Massachusetts.

/S/SAMUEL P. BLATCHLEY
Samuel P. Blatchley BBO# 670232

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2022, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/Samuel P. Blatchley
Samuel P. Blatchley BBO# 670232