# Louisiana SECRETARY OF STATE
### R. KYLE ARDOIN


(https://www.sos.la.gov/Pages/default.aspx)

## Search for Louisiana Business Filings

(https://www.sos.la.gov/Pages/default.aspx)
**HOME**
(https://www.sos.la.gov/Pages/default.aspx)

| Buy Certificates and Certified Copies | Subscribe to Electronic Notification | Print Detailed Record |

| Name | Type | City | Status |
|---|---|---|---|
| CASHMAN EQUIPMENT CORP. | Business Corporation (Non-Louisiana) | BRAINTREE | Active |

**Previous Names**
**Business:** CASHMAN EQUIPMENT CORP.
**Charter Number:** 35613317F
**Registration Date:** 12/22/2003

**Domicile Address**
60 BROOKS DRIVE
BRAINTREE, MA 02184

**Mailing Address**
527 E. BOSTON ST.
STE. 201
COVINGTON, LA 70433

**Principal Business Office**
60 BROOKS DRIVE
BRAINTREE, MA 02184

**Registered Office in Louisiana**
527 E. BOSTON ST.
STE. 201
COVINGTON, LA 70433

**Principal Business Establishment in Louisiana**
527 E. BOSTON ST.
STE. 201
COVINGTON, LA 70433

**Status**
**Status:** Active
**Annual Report Status:** In Good Standing
**Qualified:** 12/22/2003
**Last Report Filed:** 7/21/2022
**Type:** Business Corporation (Non-Louisiana)

**Registered Agent(s)**

| Agent: | SCOTT D. BROWNELL |
|---|---|
| Address 1: | 527 E. BOSTON ST. |
| Address 2: | STE. 201 |
| City, State, Zip: | COVINGTON, LA 70433 |
| Appointment Date: | 3/25/2008 |

**Officer(s)**   Additional Officers: No

| Officer: | JAMES M. CASHMAN |
|---|---|
| Title: | President, Secretary, Treasurer, Director |
| Address 1: | 60 BROOKS DRIVE |
| City, State, Zip: | BRAINTREE, MA 02184 |

**Amendments on File (6)**

| Description | Date |
|---|---|
| Revoked | 3/14/2008 |
| Reinstatement | 3/25/2008 |

GET HELP

| | |
|---|---|
| Revoked | 3/15/2012 |
| Reinstatement | 4/2/2012 |
| Revoked | 3/15/2018 |
| Reinstatement | 7/21/2022 |

Back to Search Results | New Search | View Shopping Cart

© 2022 Louisiana Department of State